# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. CR410-159 |
| ) | |
| HEZEKIAH MURDOCK, ET AL. ) | |

## REPORT AND RECOMMENDATION

Hezekiah Murdock moves to suppress wiretap evidence and other evidence seized during the execution of state search warrants for two Savannah, Georgia residences. (Docs. 231 & 232.) The motions were filed on the same day and raise the same issues as motions filed in a companion case, *United States v. Murdock*, No. CR410-160, docs. 227 & 228 (S.D. Ga. Mar. 2, 2011). After conducting a lengthy evidentiary hearing in CR410-160, the Court rejected Murdock's arguments and denied his suppression motions. *Id.* at docs. 313 (report and recommendation) & 321 (adoption order). The government later sought

and obtained the dismissal of CR410-160, leaving Murdock as one of the defendants in CR410-159.

The suppression motions filed by Murdock in the surviving case raise the same arguments previously rejected by the Court in CR410-160. Accordingly, the Court should deny those motions (docs. 231 and 232) for the same reasons set forth in its prior Order denying the suppression motions filed by Murdock in CR410-160.

**SO REPORTED AND RECOMMENDED** this 16th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA