UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.            4:10-cr-159-4

HEZEKIAH MURDOCK, et al.

## ORDER

Hezekiah Murdock ("Defendant") is the lead defendant in two drug conspiracy prosecutions. *See* 4:10-cr-159 ("*Murdock I*") Doc. 50, 4:10-cr-160 ("*Murdock II*") Doc. 50. Defendant moved to suppress evidence in both cases obtained by a wiretap and two search warrants. *See Murdock I* Docs. 231, 232, *Murdock II* Docs. 227, 228.

In *Murdock II*, the Magistrate Judge held a hearing and recommended that the court deny Defendant's motions in a thirty-six page Report and Recommendation ("R&R"). *See* Doc. 313. Defendant objected in a twenty-two page brief. *See* Doc. 319. The district court adopted the R&R and specifically addressed Defendant's objections in a six page order. *See* Doc. 321.

Presently before this Court are Defendant's motions to suppress in *Murdock I*, *see* Docs. 231, 232, and the Magistrate Judge's R&R recommending denial of those motions, *see* Doc. 449. Defendant's motions raise the same arguments as his simultaneously filed *Murdock II* motions. *See Murdock I* Docs. 231, 232, *Murdock II* Docs. 227, 228. The Magistrate Judge recommended that this Court deny Defendant's motions in a two page R&R that referred to its reasoning in its *Murdock II* R&R. *See Murdock I* Doc. 449. Defendant objected in a two page brief adopting his objections from his twenty-two page brief in *Murdock II*. *See* Doc. 470.

After a careful *de novo* review of all of the above-referenced filings, the Court concurs with the Magistrate Judge's R&Rs. *See Murdock I* Doc. 449, *Murdock II* Doc. 313. For the same reasons the *Murdock II* court detailed in its adoption order, *see Murdock II* Doc. 321, this Court finds Defendant's objections to be without merit.

The R&R, *see Murdock I* Doc. 449, is **ADOPTED** and is this Court's opinion in this case. Accordingly, Defendant's motions to suppress, *see Murdock I* Docs. 231, 232, are **DENIED**.

This 7th day of April 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA